**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 14-598** |
| **THOMAS LINDENFELD** | : | |

**UNOPPOSED MOTION FOR CONTINUANCE**

The government, by and through its attorneys, Zane David Memeger, United States Attorney, Paul L. Gray, Assistant United States Attorney, and Eric L. Gibson, Trial Attorney and Special Assistant United States Attorney, hereby submits this Unopposed Motion for Continuance of defendant's sentencing hearing, now scheduled for March 25, 2015.

On November 5, 2014, Defendant Thomas Lindenfeld was charged in an information with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1343, 1346, and 1349. That same day, the defendant entered a guilty plea to the charge in the information. As part of the written plea agreement, the defendant has agreed to cooperate with an ongoing investigation and testify at any future proceedings related to that investigation. The investigation has not been concluded and Lindenfeld's cooperation is ongoing. As such, the government respectfully requests that the defendant's sentencing hearing be continued to a date in the future so that Lindenfeld may continue his cooperation.

The defendant, through counsel, has agreed to the requested continuance.

WHEREFORE, the government respectfully submits that the Motion for Continuance be granted.

Respectfully submitted,

ZANE DAVID MEMGER
United States Attorney

/s/ Paul L. Gray
PAUL L. GRAY
Assistant United States Attorney

/s/ Eric L. Gibson
ERIC L. GIBSON
Trial Attorney &
Special Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CRIMINAL NO. 14-598** |
| **THOMAS LINDENFELD** | **:** | |

**ORDER**

AND NOW, this ________ day of ________________, 2015, after review of the government's Unopposed Motion for Continuance, the Court agrees that, for the reasons stated in said motion, the ends of justice are best served by granting this motion.

Therefore, IT IS ORDERED that the sentencing hearing currently scheduled for March 25, 2015, shall be continued until further notice of the Court.

BY THE COURT:

_________________________________
HONORABLE HARVEY BARTLE, III
*Judge, United States District Court*

Certificate of Service

I certify that on this day I caused a copy of the government's Unopposed Motion to Continue to be delivered by electronic mail and ECF upon:

Robert M. Weinberg
Bredhoff and Kaiser, PLLC
805 – 15th Street NW, Suite 1000
Washington, DC 200015

s/ Eric L. Gibson
ERIC L GIBSON
Trial Attorney and Special Assistant United States Attorney

Date: February 27, 2015